# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 8185 | **DATE** | 11/29/2012 |
| **CASE TITLE** | Simona Tsoupeis vs. Dublin Bar and Grill | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for extension of time [8] is granted. Plaintiff is given until January 3, 2013 to pay the filing fee in this case. Plaintiff is warned that if she fails to pay the filing fee by January 3, 2013, this case will be dismissed.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

This matter is before the court on Plaintiff Simona Tsoupeis' (Tsoupeis) *pro se* motion for an extension. On October 19, 2012, the court denied Tsoupeis' first motion for leave to proceed *in forma pauperis*. The court gave Tsoupeis until November 6, 2012, to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. The court also warned Tsoupeis if she failed to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by November 6, 2012, this case would be dismissed. On November 1, 2012, Tsoupeis filed a second motion for leave to proceed *in forma pauperis*. Tsoupeis indicated that she is married, that her spouse earns $1,400 per month, and that someone living at Tsoupeis' residence has received $4,700 in other income in the last twelve months. Since Tsoupeis had not shown herself to be sufficiently indigent to warrant granting her motion for leave to proceed *in forma pauperis*, the motion was denied. The court gave Tsoupeis until November 28, 2012, to pay the filing fee in this case. The court also warned Tsoupeis that if she failed to pay the filing fee by November 28, 2012, this case would be dismissed. On November 26, 2012, Tsoupeis filed the instant motion requesting an extension of time to pay the filing fee. Since Tsoupeis is proceeding *pro se*, the court will grant Tsoupeis' request and will give Tsoupeis one more opportunity to pay the filing fee. Tsoupeis is



| STATEMENT |
|---|
| given until January 3, 2013 to pay the filing fee in this case. Tsoupeis is warned that if she fails to pay the filing fee by January 3, 2013, this case will be dismissed. |